UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

vs.

CASE NO.: 9:22-cv-81253-DMM

WINGS OF BOCA, INC.
a Florida Profit Corporation
d/b/a HOOTERS

    Defendant(s).
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The Plaintiff, HOWARD COHAN, ("Plaintiff") and the Defendant, WINGS OF BOCA, INC., a Florida Profit Corporation, d/b/a HOOTERS,("Defendant") (hereinafter Plaintiff and Defendant collectively referred to as "the Parties") hereby stipulate that (1) Plaintiff voluntarily dismisses this action without prejudice against Defendant; (2) Defendant voluntarily dismisses its Counterclaim without prejudice against Plaintiff; and (3) the Parties shall bear their own costs and fees.

RESPECTFULLY SUBMITTED September 21, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: /s/ Richard J. Simeone |
| Gregory S. Sconzo, Esq. | Richard J. Simeone, Esq. |
| Florida Bar No.: 0105553 | Fla. Bar No. 0109460 |
| Sconzo Law Office, P.A. | Attorney email: rsimeone@hootersfla.com |
| 3825 PGA Boulevard, Suite 207 | RICHARD J. SIMEONE, P.A. |
| Palm Beach Gardens, FL 33410 | 2035 Colonial Boulevard |
| Telephone: (561) 729-0940 | Ft Myers Florida 33907 |
| Facsimile: (561) 491-9459 | Telephone: (970) 920-7939 |
| Email: greg@sconzolawoffice.com | Attorney for Defendant/Counter Plaintiff |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff / Counter-Defendant | |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**